IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL WAYNE COOPER,
    Petitioner,

vs.                             Case No.: 3:12cv457/LAC/EMT

SEC'Y, FLA. DEP'T OF CORR.,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 15, 2013 (doc. 21). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Respondent's motion to dismiss (doc. 13) is **GRANTED**.

3.     The petition for writ of habeas corpus (doc. 1) is **DISMISSED** with prejudice as untimely.

4.     A certificate of appealability is **DENIED**.

**ORDERED** on this 15th day of November, 2013.

                                                s/ *L.A. Collier*
                                                  Lacey A. Collier
                                          Senior United States District Judge